IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY GIBSON, | ) | |
| | ) | Civil Action No. 16-1019 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | District Judge Mark R. Hornak |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| STEVE BUZAS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MEMORANDUM ORDER

Plaintiff has submitted for filing his response in opposition to Defendants' Motion to Dismiss for Lack of Prosecution. However, his submitted documents are non-compliant with the Local Rules of the Western District of Pennsylvania. Specifically, these documents do not comply with LCvR 5.1(A), which requires that all papers presented to the Court or to the Clerk of Court for filing shall be on 8½ by 11 inch size paper, white in color for scanning and electronic case filing. Plaintiff was previously informed on at least two prior occasions that his filings did not comply with LCvR 5.1(A) (July 22, 2016 and August 22, 2016), and after taking the time to resize all of his filings so that they could be filed, the Deputy Clerk warned him that all future filings must be written on 8½ by 11 inch size paper. Plaintiff, however, continues to ignore the Court's warnings and our Local Rules.

This is the final time that the Court will resize documents filed by Plaintiff on the wrong sized paper. If Plaintiff continues to file documents that do not comply with the Local Rules then they will be returned to him without being filed. The following Order will now be entered.

**AND NOW**, this 17th day of March, 2017;

**IT IS HEREBY ORDERED** that all of Plaintiff's future submissions must be presented for filing in compliance with our Local Rules, and specifically Local Rule 5.1(A), a copy of which is attached hereto.

**IT IS FURTHER ORDERED** that any future filing by Plaintiff that is not in compliance with Local Rule 5.1(A), no matter in what case, will be returned to Plaintiff along with a copy of this Order.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Kelly Gibson
KT-4621
SCI Benner Township
310 Institution Drive
Bellefonte, PA 16833

Counsel of record